**1**

**BROWARD COUNTY LUMBER COMPANY, Appellant, v. William W. BURGESS et al., Receivers of Broward County Lumber Company, Bankrupt, Appellee.**

(Circuit Court of Appeals, Fifth Circuit. February 18, 1927.)

No. 4949.

Appeal from the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge.

Dwight L. Rogers, of Ft. Lauderdale, Fla. (Rogers, Morris & Adams, of Ft. Lauderdale, Fla., on the brief), for appellant.

Miller Walton, of Ft. Lauderdale, Fla., for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment in this case (15 F.[2d] 562) is affirmed, on the authority of the decision in the case of Cameron v. United States, 231 U. S. 710, 34 S. Ct. 244, 58 L. Ed. 488.

---

**2**

**Lewis C. BUTLER, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. September 13, 1926.)

No. 7083.

In Error to the District Court of the United States for the District of Wyoming.

Charles L. Rigdon, of Cheyenne, Wyo., for plaintiff in error.

Clyde M. Watts, Asst. U. S. Atty., of Cheyenne, Wyo.

PER CURIAM. Writ of error dismissed, on motion of defendant in error, under rules 23 and 24.

---

**3**

**F. J. CALLAHAN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. September 27, 1926.)

No. 6645.

In Error to the District Court of the United States for the Western District of Oklahoma.

Homer N. Boardman, of Oklahoma City, Okl., for plaintiff in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, pursuant to consent of plaintiff in error and decision of this court in case of Hammert v. United States, 14 F.(2d) 827.

---

**4**

**CITY OF NEW YORK, Libelant Appellee, v. UNITED STATES, Respondent Appellant.**

**UNITED STATES, Libelant Appellant, v. CITY OF NEW YORK, Respondent Appellee.**

(Circuit Court of Appeals, Second Circuit. February 25, 1927.)

No. 198.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from interlocutory decree in admiralty entered in the District Court for the Southern District of New York.

Emory R. Buckner, U. S. Atty., of New York City (Horace M. Gray, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

George P. Nicholson, Corp. Counsel, of New York City (Charles J. Carroll, of Brooklyn, N. Y., and John T. Condon, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and SWAN, Circuit Judges.

PER CURIAM. Decree (14 F.[2d] 444) affirmed.